In the Matter of the Rehabilitation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of GEORGE S. VAN SCHAICK, as Super-

intendent of Insurance of the State of New York, Regarding the Collateral of Group Series FW-1 Mortgage Participation Certificates, Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY. LOUIS H. PINK, Superintendent of Insurance, etc., as Liquidator, etc. MORTGAGE COMMISSION OF THE STATE OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 715.] Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.